| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:16-CR-34 |
| | § | |
| JESUS MARTINEZ (8) | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency for trial. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent to stand trial because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that Defendant, Jesus Martinez, is competent. The speedy trial time shall be excluded from March 9, 2017, until the date of this order.

SIGNED at Beaumont, Texas, this 31st day of May, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE